UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    Case No. 18-26085-BKC-RAM
                                                                                          Chapter 7
**BARRY DE VERTEUIL**
SSN: XXX-XX-3728

_____Debtor._____/

### TRUSTEE, BARRY E. MUKAMAL'S *EX PARTE* MOTION FOR EMPLOYMENT OF SCOTT N. BROWN, ESQUIRE AND BAST AMRON LLP AS ATTORNEYS FOR THE TRUSTEE *NUNC PRO TUNC* TO FEBRUARY 4, 2019

Barry E. Mukamal, as Chapter 7 trustee of the bankruptcy estate of Barry De Verteuil, (the "Trustee"), through proposed counsel and pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014-1(A), files his *Ex Parte* Motion for Employment of Scott N. Brown, Esquire and Bast Amron LLP as Attorneys for the Trustee *Nunc Pro Tunc* to February 4, 2019 (the "Motion"), and as good cause for same, states as follows:

#### Background

1. This case commenced with the filing of a voluntary Chapter 7 petition by Barry De Verteuil (the "Debtor") on December 28, 2018 (the "Petition Date"). Shortly thereafter, Barry E. Mukamal was appointed as Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate").

2. The 341 Meeting of Creditors was held and concluded on February 5, 2019.

3. It is necessary that the Trustee employ an attorney to represent him to perform ordinary and necessary legal services required in the administration of the Estate.

4. The Trustee wishes to employ Scott N. Brown, Esquire ("Brown") and Bast Amron LLP (the "Firm," and together with Brown, "Bast Amron" or "Applicant"), to act as attorneys for the Estate *nunc pro tunc* to February 4, 2019.

5. This Court has the power to authorize said employment pursuant to 11 U.S.C. § 327(a) which provides, in pertinent part, that "… the trustee, with the court's approval, may employ

one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

6. Scott N. Brown, Esquire and the other attorneys at Bast Amron are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to bankruptcy, corporate reorganization and debtor/creditor matters in cases under Title 11, U.S.C.

7. Bast Amron does not hold or represent any interest adverse to the Estate and the Trustee believes that the employment of Scott N. Brown, Esquire and Bast Amron LLP would be in the best interest of the Estate.

8. Attached hereto is the proposed attorney's affidavit demonstrating that Scott N. Brown, Esquire and Bast Amron, LLP are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under F.R.B.P. 2014-1(A).

9. As detailed in the Affidavit of Scott N. Brown, Esquire attached hereto as **Exhibit "A"** and incorporated by reference, Bast Amron: (a) does not hold or represent any interest adverse to the Estate; and (b) is disinterested. However, in an abundance of caution and in the interests of full disclosure, it should be noted that: (a) Brown and the Firm have in the past, presently, and plan to continue in the future, to represent the Trustee in unrelated cases; (b) Brown serves as a panel Chapter 7 trustee; (c) the Firm and Brown have in the past, and may continue from time to time in the future, to represent debtors in unrelated cases who were or may be adverse to the Trustee in his capacity as trustee of said debtor(s)' estates; (d) Brown, in his capacity as trustee in unrelated cases, has in the past, presently, and plans to continue in the future, to hire the Trustee and his accounting firm, KapilaMukamal, LLP ("KapilaMukamal") as accountants and/or experts; (e) Brown and the Firm have in the past, presently, and plan to continue in the future, to represent other panel trustees that regularly employ the Trustee and KapilaMukamal as accountants and/or experts in unrelated

Case No. 18-26085-BKC-RAM

cases; and (f) the Trustee and KapilaMukamal may have been retained as experts in unrelated cases in which they were adverse to the interests of the Firm's clients. In addition, Brown's son, a college junior, was a part-time summer intern at KapilaMukamal. The Trustee and Brown assert that none of the above disclosures impair Bast Amron's ability to serve as counsel to the Trustee and the Estate.

10. Applicant has agreed to be compensated in accordance with 11 U.S.C. § 330.

11. Pursuant to Local Rule 5005-1(G), a proposed Order accompanies this Motion.

**WHEREFORE**, Barry E. Mukamal, as Chapter 7 trustee of the bankruptcy estate of Barry De Verteuil, respectfully requests this Honorable Court enter an order: (i) authorizing the employment of Scott N. Brown, Esquire and Bast Amron LLP as attorneys for the Estate, *nunc pro tunc* to February 4, 2019, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow upon application or applications to be filed by said attorneys; and (ii) granting such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished this 8th day of February 2019, as follows:

via electronic transmission to:
- Timothy S Kingcade    scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net; r46540@notify.bestcase.com
- Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Nathalie C. Rodriguez    nrodriguez@rasflaw.com

/s/ Barry E. Mukamal, Trustee_____
Barry E. Mukamal, Trustee
One Southeast Third Avenue, Suite #2150
Miami, Florida 33131
Telephone:  (786) 517-5760

00537228.DOCX

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 18-26085-BKC-RAM
                                                                          Chapter 7
**BARRY DE VERTEUIL**
SSN: XXX-XX-3728

_____Debtor._____/

### AFFIDAVIT OF SCOTT N. BROWN

**STATE OF FLORIDA**            )
                                ) SS:
**COUNTY OF MIAMI-DADE**        )

**BEFORE ME**, the undersigned authority, personally appeared Scott N. Brown, in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am a partner of the law firm of Bast Amron LLP (the "Firm," and together with Scott N. Brown, the "Applicant").

2. I and other partners and associates of the Firm are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, Applicant is disinterested within the meaning of 11 U.S.C. § 101 and eligible to serve as counsel for the Estate and the Trustee pursuant to the provisions of 11 U.S.C. § 327(a). However, in an abundance of caution and in the interests of full disclosure, it should be noted that: (a) I and the Firm have in the past, presently, and plan to continue in the future, to represent the Trustee in unrelated cases; (b) I serve as a panel Chapter 7 trustee; (c) the Firm and I have in the past, presently, and may continue from time to time in the future, to represent debtors in unrelated cases who were or may be adverse to the Trustee in his capacity as trustee of said debtor(s)' estates; (d) I, in my capacity as trustee in unrelated cases, have in the past, presently, and plan to continue in the future, to hire

**EXHIBIT A**

the Trustee and his accounting firm, KapilaMukamal, LLP ("KapilaMukamal") as accountants and/or experts; (e) I and the Firm have in the past, presently, and plan to continue in the future, to represent other panel trustees that regularly employ the Trustee and KapilaMukamal as accountants and/or experts in unrelated cases; and (f) the Trustee and KapilaMukamal may have been retained as experts in unrelated cases in which they were or are adverse to the interests of the Firm's clients. In addition, my son, a college senior, was a part-time summer intern at KapilaMukamal. The Trustee and Applicant assert that none of the above disclosures impair Applicant's ability to serve as counsel to the Trustee and the Estate.

4. Applicant does not have a prepetition or other claim against the Estate.

5. Applicant does not have any connections with the Debtor. A conflict check performed by the Firm confirms that the Firm has not represented any related debtors or principals.

6. The Firm has not received a retainer from the Debtor, the Estate, a principal of the Debtor or a third party.

7. The Firm does not have any interests adverse to the Trustee, the Estate or the Debtor.

**FURTHER AFFIANT SAYETH NAUGHT.**

Scott N. Brown

THE FOREGOING INSTRUMENT was acknowledged before me this ___8___ day of February 2019 by Scott N. Brown, who is personally known to me.

Notary Public, State of Florida

My Commission Expires:

Nakeisha Jones
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG174203
Expires 1/26/2022

00537233.DOCX