

**ORDERED in the Southern District of Florida on February 11, 2019.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                          Case No. 18-26085-BKC-RAM
                                                                                Chapter 7
**BARRY DE VERTEUIL**
SSN: XXX-XX-3728

      Debtor.                       /

### ORDER GRANTING TRUSTEE, BARRY E. MUKAMAL'S *EX PARTE* MOTION FOR EMPLOYMENT OF SCOTT N. BROWN, ESQUIRE AND BAST AMRON LLP AS ATTORNEYS FOR THE TRUSTEE *NUNC PRO TUNC* TO FEBRUARY 4, 2019

**THIS CAUSE** having come before the Court upon *Trustee, Barry E. Mukamal's Ex Parte Motion for Employment of Scott N. Brown, Esquire and Bast Amron LLP as Attorneys for the Trustee Nunc Pro Tunc to February 4, 2019* (ECF No. 16)(the "Motion"), and the Affidavit of Scott N. Brown in support thereof (the "Affidavit"), and the Court, having reviewed the Motion and the Affidavit, having determined that it is in the best interests of this Estate that Scott N. Brown, Esquire

00537235.DOCX

and the law firm of Bast Amron LLP serve as attorneys to the Estate, having determined that no hearing is necessary, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The Trustee, Barry E. Mukamal, is authorized to employ Scott N. Brown, Esquire and the law firm of Bast Amron LLP, *nunc pro tunc* to February 4, 2019, to act as attorneys for the Trustee and the Estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

###

Submitted by:

Scott N. Brown, Esquire
BAST AMRON LLP
*Counsel for Trustee, Barry E. Mukamal*
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
sbrown@bastamron.com

Copy furnished to:
Scott N. Brown, Esquire
Attorney Scott N. Brown is hereby directed to serve a copy of this Order immediately upon receipt on all interested parties.

00537235.DOCX