UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**BARRY DE VERTEUIL**
SSN:XXX-XX-3728

Debtor.
_____/

Case No.: 18-26085-BKC-RAM
Chapter 7

## SUBPOENA FOR RULE 2004 EXAMINATION

To: **AIMEE KATHRYN SIMON**
4090 Cedar Creek Ranch Cir
Lake Worth, Florida 33467

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1.

| PLACE | DATE AND TIME |
|---|---|
| Bast Amron LLP<br>One Southeast Third Ave., Suite 1440<br>Miami, FL 33131 | Tuesday, April 9, 2019<br>10:00 a.m. EST |

The examination will be recorded by this method: _Stenographer_

☒ *Production:* You, or your representatives, **must** also produce **on or before Tuesday, April 2, 2019 at 5:00 p.m.** the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

### DOCUMENTS LISTED IN THE ATTACHED SCHEDULE "A"

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: March 14, 2019

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, email address, and telephone number of the attorney representing (*Barry E. Mukamal, as Chapter 7 Trustee for the bankruptcy Estate of Barry de Verteuil*) who issues or requests this subpoena, are:

Hayley Harrison, Esq.; One Southeast Third Avenue, Suite 1400, Miami, FL 33131; hharrison@bastamron.com; 305-379-7904

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): <u>Aimee Kathryn Simon, 4090 Cedar Creek Ranch Cir, Lake Worth, FL 33467 on March 14, 2019</u>

☒ I served the subpoena by delivering a copy to the named person as follows: <u>**Via U.S. Mail on March 14, 2019**</u>

_____ on (date) _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: <u>March 14, 2019</u>

_____
Server's signature

Nakeisha Jones, Paralegal
Printed name and title

One Southeast Third Avenue, Suite 1400, Miami, FL 33131
Server's address

Additional information concerning attempted service, etc.:

18-26085-BKC-RBR

## SCHEDULE "A"

**DEFINITIONS:**

For purposes of responding to *duces tecum* request for deposition, the following definitions shall apply:

1. "You" or "Your" means Aimee Kathryn Simon and her agents, attorneys, accountants, representatives, affiliates, predecessors, successors and/or assigns.

2. "Debtor," means Barry de Verteuil and his agents, attorneys, accountants, representatives, affiliates, predecessors, successors and/or assigns.

3. "Petition Date" means December 28, 2018.

4. "Petition" means the voluntary bankruptcy petition filed on December 28, 2018, which commenced this case.

5. "Document" or "documents" as used herein shall mean the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, communications with government bodies, computer data or printouts, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion

18-26085-BKC-RBR

pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, sepia, shipping papers, slides, specifications, speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all digital or analog electronic files whether on- or off-site, including "deleted" files and file fragments, store in machine-readable format on magnetic, optical or other storage media, including the hard drives or floppy disks and their backup media (e.g., other hard drives, backup tapes, floppies, JAZ cartridges, CD-ROMSs) or otherwise, whether such files have been reduced to paper printouts or not.  This includes but is not limited to E-mails, both sent and received, whether internally or externally; all word-processed files, including drafts and revisions; all spreadsheets, including drafts and revisions; all databases; all CAD (computer aided design) files, including drafts and revision; all presentation data or slide shows produced by presentation software (such as Microsoft Power Point); all graphs, charts and other data produced by project management software (such as Microsoft Project); all data generated by calendaring, task management and Personal Information Management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of Personal Data Assistants (PDA's), such as Palm Pilot, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with the use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and

"cookies" files and all backup storage media, and any and all other papers similar to any of the foregoing. Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition. Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

6. "And" and "or" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

7. "Interest" as used herein includes, but is not limited to, a sole or aggregation of rights, privileges, and powers to hold, possess, control, influence, exclude, or benefit from. It includes any legally recognized right conferred upon an owner, shareholder, director, partner, limited partner, or by any other interest, legal or equitable, which allows the holder to control or otherwise influence or benefit from an entity or real or personal property.

8. "Any" means one or more.

9. "Describe," "discuss," "analyze," "describing," "discussion," or "analyzing," mean any document or otherwise that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

10. "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

11. "Relate to" and "relating to" mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

12. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

13. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

14. "Year" means calendar year.

15. Unless otherwise provided, the applicable scope of time is from December 28, 2014 to the present.

18-26085-BKC-RBR

## **SCHEDULE "A"**

**PLEASE PROVIDE COPIES OF THE FOLLOWING:**

1. All information and documentation evidencing, relating or referring to the October 2003 purchase of the real property located at 19750 Lenaire Drive, Cutler Bay, FL 33157 and the source of funds used for the deposit and down payment in connection with same, including, but not limited to, a copy of the HUD-1 Settlement Statement.

2. All information and documentation evidencing, relating or referring to the February 2019 sale of the real property located at 19750 Lenaire Drive, Cutler Bay, FL 33157 and the disposition of the proceeds received from same, including, but not limited to, a copy of the HUD-1 Settlement Statement.

3. All information and documentation evidencing, relating or referring to: (a) the transfer of the Debtor's interest in the real property located at 19750 Lenaire Drive, Cutler Bay, FL 33157 to You in August 2018; and (b) the consideration, if any, the Debtor received in exchange for said transfer.

**The Trustee reserves the right to request additional documents as his investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**