UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                      Case No. 18-26085-BKC-RAM
                                                                                            Chapter 7
**BARRY DE VERTEUIL**
SSN: XXX-XX-3728

_____Debtor._____/

**TRUSTEE, BARRY E. MUKAMAL'S AGREED *EX PARTE* MOTION TO ENLARGE TIME TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Barry E. Mukamal, as Chapter 7 trustee of the bankruptcy estate of Barry de Verteuil (the "Trustee"), through counsel and pursuant to Fed. R. Bankr. P. 9006(b) and Local Rule 9013-1(C), files this Agreed *Ex Parte* Motion to Enlarge Time to File Complaint Objecting to Debtor's Discharge (the "Motion") and in support thereof, states as follows:

### I.   Background

1. This case commenced with the filing of a voluntary Chapter 7 petition by Barry De Verteuil (the "Debtor") on December 28, 2018 (the "Petition Date"). Shortly thereafter, Barry E. Mukamal was appointed as Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate").

2. The 341 Meeting of Creditors was held and concluded on February 5, 2019.

3. The current deadline for the Trustee to file a complaint objecting to the Debtor's discharge is April 8, 2019.

4. The Trustee is in the process of reviewing information and documentation from the Debtor in order to determine whether cause exists to file a complaint objecting to the Debtor's discharge.

### II.  Requested Relief

5. Accordingly, counsel for the Trustee and counsel for the Debtor have agreed that the Trustee shall have an additional sixty (60) days, up to and including June 7, 2019, to file a complaint objecting to Debtor's discharge.

00545273.DOCX

6. *This request is made only on behalf of the Trustee and is not a request for enlargement for any creditor or other party-in-interest.*

7. Fed. R. Bankr. P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

8. Pursuant to Local Rule 5005-1(G), a proposed Order accompanies this Motion.

**WHEREFORE**, Barry E. Mukamal, as Chapter 7 Trustee of the Bankruptcy Estate of Barry de Verteuil, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) finding that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtor's discharge; (3) enlarging the time for the Trustee to file a complaint objecting to the Debtor's discharge through and including June 7, 2019; and (4) granting such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    BAST AMRON LLP
    *Counsel for the Trustee, Barry E. Mukamal*
    One Southeast Third Avenue, Suite 1400
    Miami, Florida 33131
    Telephone: 305.379.7904
    Email: sbrown@bastamron.com
    Email: hharrison@bastamron.com

    By:/s/ *Hayley G. Harrison*
        Scott N. Brown, Esq. (FBN 663077)
        Hayley G. Harrison, Esq. (FBN 105157)

Case No. 18-26085-BKC-RAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on the 5th day of April 2019 as follows.

/s/ Hayley G. Harrison
Hayley G. Harrison, Esq.

**VIA CM/ECF**

- **Scott N Brown**   sbrown@bastamron.com, kjones@bastamron.com
- **Hayley G Harrison**   hgerson@bastamron.com, jmiranda@bastamron.com,
- **Timothy S Kingcade**   scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net, r46540@notify.bestcase.com
- **Barry E Mukamal**   bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Russell Robbins**   rrobbins@brlawyers.com, ygcostalaw@aol.com
- **Nathalie C. Rodriguez**   nrodriguez@rasflaw.com
- **Christopher P Salamone**   csalamone@rasflaw.com, csalamone@rasflaw.com