**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

**BARRY DE VERTEUIL,**                                      Case No. 18-26085-RAM

                                                            Chapter 7

    Debtor.
_____/

**TRUSTEE'S NOTICE OF ABANDONMENT**

    **COMES NOW, Barry E. Mukamal**, as the Chapter 7 Trustee of the case captioned above and does hereby file his notice pursuant to §554 of the United States Bankruptcy Code and Rule 6007 FRBP that he intends to abandon the following property of the debtor(s) in that it is burdensome and of inconsequential value and benefit to the estate:

**Real Property located at: 9423 SW 138 Place, Unit 9423, Miami, Florida 33186 as listed on Line 1.1 of Schedule "A/B" of the Debtor's Bankruptcy petition**

    Any person objecting to the proposed abandonment shall, within fourteen (14) days from the date of this notice, file written objection with the Clerk of the United States Bankruptcy Court of the Southern District of Florida, 301 North Miami Avenue, Room 150, Miami, FL 33128 and serve a copy of this objection on the Trustee at the address given below.

> **Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and/or (ii) via U.S. Mail to all parties on the attached service list on this April 19, 2019.

                                            /s/ Barry E. Mukamal
                                            Barry E. Mukamal, Trustee
                                            PO Box 14183
                                            Fort Lauderdale, FL 33302

```
Label Matrix for local noticing        Parc Vista Condominium Association,Inc.   U.S. Bank National Association, As Trustee,
113C-1                                 c/o Basulto, Robbins & Associates LLP     6409 Congress Ave., Suite 100
Case 18-26085-RAM                      14160 NW 77th Ct                          Boca Raton, FL 33487-2853
Southern District of Florida           Suite 22
Miami                                  Miami Lakes, FL 33016-1506
Fri Apr 19 11:32:21 EDT 2019

 (p)AMERICAN HONDA FINANCE              Bank Of America                           (p)BANK OF AMERICA
P O BOX 168088                         4909 Savarese Circle                      PO BOX 982238
IRVING TX 75016-8088                   Fl1-908-01-50                             EL PASO TX 79998-2238
                                       Tampa, FL 33634-2413


Capital One                            Capital One                               Chase Bank USA, N.A.
Attn: Bankruptcy                       Po Box 30281                              c/o Robertson, Anschutz & Schneid, P.L.
Po Box 30285                           Salt Lake City, UT 84130-0281             6409 Congress Avenue, Suite 100
Salt Lake City, UT 84130-0285                                                    Boca Raton, FL 33487-2853


Chase Card Services                    Chase Card Services                       Checksystems
Correspondence Dept                    P.o. Box 15298                            7805 Hudson Rd
Po Box 15298                           Wilmington, DE 19850-5298                 Saint Paul, MN 55125-1703
Wilmington, DE 19850-5298


Child Support Enforcemment             Citibank/The Home Depot                   Citimortgage
PO Box 8030                            Po Box 6497                               Attn: Centralized Bankruptcy
Tallahassee, FL 32314-8030             Sioux Falls, SD 57117-6497                Po Box 9438
                                                                                 Gettsburg, MD 20898-9438


Citimortgage                            (p)INTERNAL REVENUE SERVICE              Ditech
Po Box 6243                            CENTRALIZED INSOLVENCY OPERATIONS         Attn: Bankruptcy
Sioux Falls, SD 57117-6243             PO BOX 7346                               Po Box 6172
                                       PHILADELPHIA PA 19101-7346                Rapid City, SD 57709-6172


Ditech                                 Equifax                                   Experian
Po Box 6172                            Po Box 740241                             Po Box 2002
Rapid City, SD 57709-6172              Atlanta, GA 30374-0241                    Allen, TX 75013-2002


Florida Department Of Revenue          IRS Centralized Bankruptcy Department     LendingClub
5050 W Tennessee St                    PO Box 7346                               71 Stevenson
Tallahassee, FL 32399-0100             Philadelphia, PA 19101-7346               San Francisco, CA 94105-2965


LendingClub                            Mr. Cooper                                Mr. Cooper
Attn: Bankruptcy                       350 Highland                              Attn: Bankruptcy
71 Stevenson St, Ste 1000              Houston, TX 77009-6623                    8950 Cypress Waters Blvd
San Francisco, CA 94105-2967                                                     Coppell, TX 75019-4620


[REDACTED]                             Opploans/finwise                          Parc Vista Condominium Assoc, Inc.
                                       11 E. Adams                               c/o Mirza Basulto & Robbins, LLP
                                       Chicago, IL 60603-6301                    14160 NW 77th Court, Ste 22
                                                                                 Hialeah, FL 33016-1506
```

```
Synchrony Bank/ Old Navy              Synchrony Bank/ Old Navy              Synchrony Bank/BRMart
Attn:  Bankruptcy Dept                Po Box 965005                         Attn: Bankruptcy
Po Box 965060                         Orlando, FL 32896-5005                Po Box 965004
Orlando, FL 32896-5060                                                      Orlando, FL 32896-5004


Synchrony Bank/BRMart                 Transunion                            Barry De Verteuil
C/o Po Box 965036                     Po Box 1000                           9437 SW 146th Place
Orlando, FL 32896-0001                Chester, PA 19016-1000                Miami, FL 33186-1070
```