**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

BARRY DE VERTEUIL                                     Case Number 18-26085-RAM
                                                      Chapter 7

     Debtor.

_____/

## SUPPLEMENTAL FEE DISCLOSURE

Counsel for the Debtor(s), Kingcade & Garcia, P.A., pursuant to 11 U.S.C. § 329 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, hereby files this *Supplemental Fee Disclosure.*

1.      The Debtor has requested and believes that the following services, which are not contemplated by the original fee agreement between the Debtor and the attorney for the Debtor, are reasonable and necessary: *Production of Documents and Attendance at 2004 Examination by Chapter 7 Trustee.*

2.      For these services, counsel for the Debtor(s), Kingcade & Garcia, P.A., has received a fee of $1,700.00 and costs of $100.00.  Kingcade & Garcia, P.A. has not agreed to share the above – disclosed compensation with person(s) who are not members or associates of Kingcade & Garcia, P.A.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via CM/ECF, on April 19, 2019 to the Assistant United States Trustee, 51 SW 1 Avenue, Suite 1204, Miami, FL 33130.

**CERTIFICATE PURSUANT TO**
**LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
X  Timothy S. Kingcade, Esq., FBN 082309
□  Wendy Garcia, Esq., FBN 0865478
□  Jessica L. McMaken, Esq., FBN 580163